UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-83-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ERIC LAMONTE HARRELL, | ) | |
| Defendant. | ) | |

The Clerk has brought to the court's attention that a final order was not entered in this case concerning the matter of restitution as anticipated by the Judgment [DE-29], and evidenced by subsequent filings herein, see [DE-33]. In compliance with this court's order [DE-33], Harrell, through counsel, executed a Consent to Order and Waiver of Appearance. Rather than file the Consent, Harrell's counsel mailed it to chambers. In order to rectify and complete the record, therefore,

The Clerk of Court is DIRECTED to file and docket Harrell's Consent document and his counsel's cover letter, *nunc pro tunc* for July 21, 2000.

It further is ORDERED that ERIC LAMONTE HARRELL make restitution to the City of Fayetteville, Risk Management Division, 433 Hay Street, Fayetteville, North Carolina 28401-5537, Attention: Restitution for Darrell Bowden (March 12, 1999), in the amount of **$2,937.70**. The defendant shall be held jointly and severally liable for this sum along with his co-defendant, Ronald Jerome Lilly, No. 5:99-CR-83-02-F2.

The Clerk of Court is DIRECTED to supplement the Judgment [DE-29] accordingly, and to so notify all persons and entities entitled to such notice.

SO ORDERED.

This, the 7th day of January, 2011, *nunc pro tunc* for July 21, 2000.

_____
JAMES C. FOX
Senior United States District Judge